United States District Court
Southern District of Texas
**ENTERED**
May 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | CRIMINAL NO. 4:17-CR-156 |
| KENNETH COLEMAN | § | |

## ORDER FOR DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

On this day came to be heard Defendant's Unopposed Motion to Travel. The court after hearing the same, and evidence and argument of counsel, finds that this motion should be:



Granted / ~~Denied~~

It is hereby ORDERED, ADJUDGED and DECREED that Defendant, Kenneth Coleman, be permitted to continue to travel to the Eastern District of Texas for work as outlined in his motion.

_____
**Judge Lee Rosenthal**