**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-156-1 |
| | § | |
| | § | |
| | § | |
| KENNETH J. COLEMAN | § | |

**O R D E R**

The defendant filed an opposed motion for continuance, (Docket Entry No. 85). The court held a hearing on July 25, 2018 to address this motion, the motion for new counsel, (Docket Entry No. 103), and the outstanding discovery motions. The motion for new counsel is denied, for the reasons stated on the record. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 1, 2018 |
| Responses are to be filed by: | October 15, 2018 |
| Final Pretrial conference is reset to**:** | **October 25, 2018 at 10:00 a.m.** |
| Jury Selection is reset to: | **October 26, 2018 at 9:00 a.m.** |
| Jury Trial reset to begin: | **October 31, 2018, at 9:00 a.m.** |

SIGNED on July 26, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge