**AFFIDAVIT OF FACT**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Re: Criminal No. 417-CR-156**

I, Rahsaan Malik Bey A Moorish National in Propia Persona and in'full life' acknowledging my
unalienable birthrights and the customs and traditions of my foremothers and forefathers the aboriginal
and indigenous peoples of the land here at Amexem.  Comes now on behalf of the Ex Relatione
KENNETH COLEMAN.

I respectfully demand the dismissal of this case on the following grounds of subject matter jurisdiction.

**There is no injured party.**

"with no injured party, a complaint is invalid on it's face.
**"Gibson v. Boyle, 139Ariz512**

I am a flesh and blood human being, a member of the human race, The Moorish Nation **(AA222141)**
ad the International Community. I am not a 14th amendment or 15th amendment fictitious person,
corporate person or legal fiction, neither am I colored, black or any other 'nom de guere'.
 NOR  am I to be considered  to be Lost at sea, A stateless person or Incompetent.

As I stated above I am a natural flesh and blood human being, In proper person.

The UNITED STATES OF AMERICA is a corporation and can not appear for testimony or be cross
examined. Furthermore  a corporation cannot be an injured party.

"For a crime to exist there must be an injured party. There can be no sanction or penalty imposed on
one because of this constitutional right."
**Sherer v. Cullen 481 F. 945:**

Clearly, there is no injured party in this matter.

"As a general principal, standing to invoke the judicial process an actual justiciable controversy as to
which the complainant has a real interest in the ultimate adjudication because he or she has either
suffered or is about to suffer an injury."
**People v. Superior Court, 126 Cal Rptr. 2d 793**

Based on the Supreme Law of the Land, the referenced 'stare decisis' case law and the aforemetioned
indisputable facts,  with all due respect,  a  dismissal  of this case is warranted and  demanded.

I am, _Rahsaan Malik Bey_
Rahsaan Malik Bey Authorized Representative
Natural Person. In Propria Persona
Ex Relatione KENNETH COLEMAN
All Rights Reserved: U.C.C 1-207/1-308 U.C.C 1-103


c/o  JOE CORLEY UNIT
      500 Hilbig Road
      Conroe, Texas [77301]